Rel: February 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0313

Chad Williams v. Milo's Tea Company, Inc. (Appeal from Jefferson Circuit Court: CV-23-900466).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Bryan, Mendheim, and Cook, JJ., concur.